IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALLAN ROBINSON, a single male, | CASE NO: 19-cv-1394 (JAG) |
| Plaintiff, | CLERK'S IMMEDIATE ACTION REQUIRED |
| V, | ( Local Civil Rule 3A(d) ) |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, and ROBERT WILKIE, in his official capacity as Secretary ; RONALD JOHNSON, DIRECTOR VA REGIONAL OFFICE PUERTO RICO ; DANIEL MASSA RAQUAL DE JESUS, REYNALDO REVERIA, JUAN GALUERA ,MARIA SANTIGAO, HECTOR SANTIAGO; LOUISVILLE FUDICIARY HUB; CUSTO-COOP, JANE DOES 1-5; JOHN DOES 1-6 , et al | RECEIVED AND FILED CASHIER 2019 APR 26 AM 11:41 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. |
| Defendants, | |

COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF WITH APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OR STAY OF ADMINISTRATIVE PROCEEDINGS AND MOTION FOR A SPEEDY HEARING PURSUANT TO U.S.C. 28 § 2201, F.R.C.P. Rule 57

COMPLAINT FOR DECLARATORY JUDGMENT - 1

Allan Robinson
Plaintiff
allanrobinson@hotmail.com
360-463-5391
Homeless
San Juan, PR

Plaintiff, appearing *pro se*, alleges;

## JURISDICTION

¶ 1.  The court has jurisdiction under 28 U.S.C. § 1332 and venue is proper pursuant to 28 U.S.C. § 1391.

## PARTIES

2.  Plaintiff, for purposes of this litigation is a qualified individual under 42 U.S.C. § 12101, *et seq.* and Section 504 of the Social Security Act.

3.  Defendant United States of America is being sued by and through its Veterans Affairs Secretary Robert Wilke, 810 Vermont Ave. NW Washington, DC 20420. Service of process is made upon Rosa Emilia Rodriguez-Velez, United States Attorney for the district of Puerto Rico, pursuant to Rule 4 (a) of the Fed. Rules of Civ. Pro.

4.  Defendant RONALD BERNARD JOHNSON is currently employed by above defendant as Director San Juan, PR Regional Office. He is also being sued by plaintiff in a separate 42 U.S.C. §§ 1983, 1985 (conspiracy) action, see ROBINSON v. JOHNSON, *et al* USDC/PR.

COMPLAINT FOR DECLARATORY JUDGMENT - 2

Allan Robinson
Plaintiff
allanrobinson@hotmail.com
360-463-5391
Homeless
San Juan, PR

¶ 5. Defendant DANIEL MASSA is currently employed by chief defendant as a Privacy Officer at the Veterans Affairs Regional Office in Guyanbo, PR. He is being sued for actions within and outside his scope of duties as defined under federal law while acting under color of law.

6. Defendant RAQUAL 'JACKIE' de JESUS residing at URB EL CONQUISTADOR, RA2 CALLE 11 TRUJILLO ALTO, PR 00976 is the cynosure of this litigation . She is being sued in her official capacity as a Third Party Fiduciary as defined under 38 U.S.C. § 5507 and 38 CFR 13.55( a ).

7. Defendant REYNALDO RIVERA , based upon plaintiff's information and belief is the 'superior' of defendant JUAN GALGUERA.

8. Defendant JUAN GALGUERA is a Field EXAMINER as defined under 38 U.S.C. § 5507. This defendant is being sued in Commonwealth due to his Gross Negligence, Tortious Conduct, Outrage and Defamation; the entire marital estate including his spouse Maria Pagan is exposed to plaintiff for damages. He is also being sued with HILDA SERRANO, ASSMCA DEFENDANT for Conspiracy to Conceal. He also faces separate litigation for egregious violations of the Veterans Accountability Act, et seq; Intentional Infliction of Emotional Distress.

9. Defendants MARIA SANTIGAO AND HECTOR SANTIAGO are being

COMPLAINT FOR DECLARATORY JUDGMENT - 3

Allan Robinson
Plaintiff
allanrobinson@hotmail.com
360-463-5391
Homeless
San Juan, PR

97  ¶     14.     Plaintiff left the ASSMCA facility on Wednesday January 31, 2018 at
98  9:25 AM via Taxi returning to Hotel Fortelleza, in Old San Juan, where he had left
99  to enter VA Medical Center January 19, 2018.
100
101        15.     On January 31, 2018 defendant FIDUICIARY HUB generated a Letter
102  to plaintiff informing him of "appointment of fiduciary", that is defendant
103  RAQUAL DE JESUS; at is was addressed to P.O. Box 959 Bayamon, PR 00960,
104  Plaintiff never received a copy of this letter until APRIL 16, 2019.
105
106        16.     Plaintiff further alleges that there exists no evidence of a finding of
107  incompetency directed against him and a determination of such was initiated in
108  Retaliation against plaintiff by defendant GALGUERA AND SERRANO.
109
110        17.     Plaintiff also asserts defendant MASSA, in his official capacity as
111  Privacy Officer subjected plaintiff to unlawful detention , by Blackstone Security at
112  Regional Office in violation of his Fourth Amendment Right under the United
113  States Constitution.
114        ·
115        18.     Defendant MASSA also violated plaintiff First Amendment Right
116  when , on March 25, 2019, he personally confiscated plaintiff's Writing In the
117  lobby of Regional Office that stated;
118            " If I allan Robinson suffer a serious medical event while at Regional

COMPLAINT FOR DECLARATORY JUDGMENT - 5

Allan Robinson
Plaintiff
allanrobinson@hotmail.com
360-463-5391
Homeless
San Juan, PR

119          Office DO NOT TRANSPORT ME TO Veterans Affairs MEDICAL CENTER
120              AS I AM MOST AFRAID TO GO THERE".
121
122  ¶   19.   Three (3) days later defendant MASSA apologized to plaintiff's for his
123  conduct stating: "please understand I have a metal plate in my skull", see
124  ROBINSON vs MASSA et al USDC/PR.
125
126       WHEREFORE, plaintiff prays for the Court to grant him the following relief;
127
128      A. A Declaratory Judgment declaring his rights as they pertain to 38 U.S.C.
129  § 5507 and related United States Code such as the Brady Act and the HIPPA
130  Privacy Rule as it pertains to the Commonwealth of Puerto Rico and its
131  Department such as ASSMCA.
132      B. A Temporary Restraining Order, Pursuant to Rule 65 (b) directed against
133  Defendant JOHNSON.
134      C. An immediate stay of Administrative Proceedings pursuant to the
135  Administrative Procedures Act.
136      D. A judicial determination of his rights and duties and a declaration as to 38
137  U.S.C. § 7332 ( Confidentiality of certain medication records ); 38 CFR 17.33.
138      E. To advance this matter on the Court's calendar due to plaintiff's
139  diminishing health, see Affidavit of Allan Robinson in Support of his Motion For
140  Appointment of a Special Master.

COMPLAINT FOR DECLARATORY JUDGMENT - 6

Allan Robinson
Plaintiff
allanrobinson@hotmail.com
360-463-5391
Homeless
San Juan, PR

Respectfully submitted,

*[signature]*

Allan Robinson, Plaintiff

DATED: April 26, 2019

VERIFICATION OF CERTICATE OF SERVICE UPON DEFENDANT UNITED STATES OF AMERICA THROUGH OFFICE OF THE U.S. ATTORNEY FOR PUERTO RICO

THE undersigned hereby VERIFIES THAT HE WILL PERFECT SERVICE UPON THE ABOVE WHEN ACTION IS FILED SAME DAY

DATED: This 26th day of April 2019 in Hato Ray, PR

*[signature]*

Allan Robinson

COMPLAINT FOR DECLARATORY JUDGMENT - 7

Allan Robinson
Plaintiff
allanrobinson@hotmail.com
360-463-5391
Homeless
San Juan, PR