IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALLAN ROBINSON<br>Plaintiff<br>vs<br>UNITED STATES OF AMERICA;<br>U.S. DEPARTMENT OF VETERANS AFFAIRS and ROBERT WILKIE, in his official capacity as Secretary; RONALD JOHNSON, Director of VA Regional Office Puerto Rico; DANIEL MASSA; RAQUEL DE JESUS; REYNALDO REVERIA; JUAN GALUERA; MARIA SANTIAGO; HECTOR SANTIAGO; LOUISVILLE FIDUCIARY HUB; CUSTO-COOP, JANE DOES 1-5; JOHN DOES 1-6<br>Defendants | CIVIL 19-1394CCC |

**JUDGMENT**

On September 13, 2019, the Court issued an Order (d.e. 8) directing plaintiff to amend his complaint to, *inter alia*, "identify the basis for either diversity jurisdiction or subject-matter jurisdiction. Specifically, the Complaint must identify the citizenship for all parties to establish diversity citizenship, or, [i]n the alternative, identify the specific statute or federal question upon which federal jurisdiction rests." The Court stated that if such an amendment were not filed by October 18, 2019, the complaint would be dismissed.

CIVIL 19-1394CCC                    2

As the plaintiff has failed to respond, it is hereby ORDERED and ADJUDGED that the Complaint is DISMISSED, without prejudice, for failure to comply with Federal Rules of Civil Procedure 8(a) and 12(e).

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on November 13, 2019.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge